**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION
CASE NO.: 3:24-cv-00100-TKW-ZCB**

JOHN GLASSMAN, as Curator of The
Estate of James Bryan Chestnut,
deceased,

      Plaintiff,

v.

OKALOOSA COUNTY, FLORIDA,
JAMES FILPI, CLINTON COLBERT,
STANLEY CHOPP, DERRICK
HOPKINS, RICHARD PINKHAM,
FELIX ZULLO, STEVEN BARCELO,
ZACHARY MILLER, CHS TX, INC.
D/B/A YESCARE, NICHOLAS
DELGADO, M.D., and DANIELLE
COOK, RN,

      Defendants.

                                  /

## DEFENDANTS' RULE 26(a)(2) DISCLOSURES

Defendants CHS TX, Inc. d/b/a YesCare, Nicholas Delgado, M.D. and Danielle Cook, RN by agreement of the parties of an enlargement of time to disclose through today, file their Rule 26(a)(2) Disclosures as follows:

    1.     Report of Expert Jonathan L. Arden, MD; and

    2.     Report of Expert Todd. L. Wilcox, MD.

By:   /s/ Gregg A. Toomey
     Gregg A. Toomey
     Florida Bar No. 159689

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of October, 2024 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, and will send a copy of the foregoing electronically with the reports referenced to the following:

Ryan M. Cardoso
Cardoso Law, PLLC
*Attorneys for Plaintiff*
917 North 12th Avenue
Pensacola, FL 32501
P: 850-466-2073
E: ryan@cardosolawyer.com
cheryl@cardosolawyer.com
service@cardosolawyer.com

Lisa B. Fountain
Gregory T. Stewart
Nabors Giblin & Nickerson
*Attorneys for Defendants Okaloosa County, Filpi, Colbert, Chopp, Hopkins, Pinkham, Zullo, Barcelo and Miller*
1500 Mahan Drive, Suite 200
Tallahassee, FL 32308
P: 850-224-4070
E: lfountain@ngnlaw.com
gstewart@ngnlaw.com
kmurphy@ngnlaw.com
legal-admin@ngnlaw.com

THE TOOMEY LAW FIRM LLC
*Attorneys for Defendants YesCare, Delgado and Cook*
The Old Robb & Stucky Building
1625 Hendry Street, Suite 203
Fort Myers, FL  33901
Phone:  239.337.1630
Fax:  239-337.0307
Email:  gat@thetoomeylawfirm.com, alr@thetoomeylawfirm.com, and hms@thetoomeylawfirm.com

By:   /s/ Gregg A. Toomey
     Gregg A. Toomey
     Florida Bar No. 159689