1

```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF FLORIDA
                          PENSACOLA DIVISION
                    CASE NO. 3:24-cv-00100-TKW-ZCB

JOHN GLASSMAN, as Curator of The
Estate of James Bryan Chestnut,
deceased,

       Plaintiff,

vs.

OKALOOSA COUNTY, FLORIDA, JAMES
FILPI, CLINTON COLBERT, STANLEY
CHOPP, DERRICK HOPKINS, RICHARD
PINKHAM, FELIX ZULLO, STEVEN
BARCELO, ZACHARY MILLER, CHS TX,
INC., d/b/a YESCARE, NICHOLAS
DELGADO, M.D., and DANIELLE
COOK, RN,

       Defendants.
_____/


     DEPOSITION OF:      SUSAN MINTER, DNP, APRN

     DATE:               MONDAY, DECEMBER 16, 2024

     TIME:               10:04 A.M. - 10:25 A.M.

     PLACE:              JOY HAYES COURT REPORTING
                         15316 CORTEZ BOULEVARD
                         BROOKSVILLE, FLORIDA 34613

     STENOGRAPHICALLY
     REPORTED BY:        SHANNON MASSINGILL, RPR FPR
                         REGISTERED PROFESSIONAL REPORTER
                         FLORIDA PROFESSIONAL REPORTER
_____

              JOY HAYES COURT REPORTING
                 407 COURTHOUSE SQUARE
              INVERNESS, FLORIDA 34450
                   (352)726-4451

_____
```

EXHIBIT B

```
 1  A P P E A R A N C E S:

 2  RYAN M. CARDOSO, ESQUIRE
    OF: CARDOSO LAW, PLLC
 3      917 NORTH 12TH AVENUE
        PENSACOLA, FLORIDA 32501
 4      (850)466-2073
        RYAN@CARDOSOLAWYER.COM
 5      APPEARING ON BEHALF OF THE PLAINTIFF

 6  LISA B. FOUNTAIN, ESQUIRE
    OF: NABORS, GIBLIN & NICKERSON
 7      1500 MAHAN DRIVE
        SUITE 200
 8      TALLAHASSEE, FLORIDA 32308
        (850)224-4070
 9      LFOUNTAIN@NGNLAW.COM
        APPEARING VIA ZOOM VIDEOCONFERENCING ON BEHALF OF
10      DEFENDANTS OKALOOSA COUNTY, FILPI, COLBERT, CHOPP,
        HOPKINS, PINKHAM, ZULLO, BARCELO and MILLER
11
    GREGG A. TOOMEY, ESQUIRE
12  OF: THE TOOMEY LAW FIRM, LLC
        THE OLD ROBB & STUCKY BUILDING
13      1625 HENDRY STREET
        SUITE 203
14      FORT MYERS, FLORIDA 33901
        (239)337-1630, FAX-(239)337-0307
15      GAT@THETOOMEYLAWFIRM.COM
        APPEARING ON BEHALF OF DEFENDANTS YESCARE, DELGADO
16      and COOK

17

18

19

20

21

22

23

24

25
```

EXHIBIT B

```
 1                    CROSS-EXAMINATION
 2  BY MS. FOUNTAIN:
 3       Q.   Ms. Minter, can you hear me?
 4       A.   I can.
 5       Q.   Good morning.  My name is Lisa Fountain.  I'm
 6  the attorney representing Okaloosa County and the eight
 7  individually named corrections officers in this case.
 8       A.   Okay.
 9       Q.   Your opinions regarding negligence in the care
10  and treatment rendered to Mr. Chestnut are strictly
11  limited to the nursing staff employed by YesCare,
12  correct?
13       A.   Correct.
14       Q.   And so you are not opining that any employee of
15  Okaloosa County or the county itself was negligent in
16  their interactions with Mr. Chestnut, correct?
17       A.   Correct.
18            MS. FOUNTAIN:  I have no further questions.
19            MR. CARDOSO:  I've got no questions.
20            MR. TOOMEY:  Order.
21            MR. CARDOSO:  We'll read.
22            THE WITNESS:  What's order mean?
23            COURT REPORTER:  Lisa, did you want a copy?
24            MS. FOUNTAIN:  Yes, please.
25            COURT REPORTER:  Did you want a copy?
```

EXHIBIT B