UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN GLASSMAN,

  Plaintiff,

v.           Case No.: 3:24cv100/TKW/ZCB

OKALOOSA COUNTY, FLORIDA,
et al.

  Defendants.
_____/

## ORDER

  Upon due consideration of the Joint Status Report (Doc. 78) regarding the parties' conferral of Defendants' Motion to Strike Plaintiff's Rebuttal Expert Witness (Doc. 73), it is **ORDERED** that the motion to strike (Doc. 73) is **GRANTED in part** to the extent that Plaintiff's rebuttal expert Leach is prohibited from testifying during Plaintiff's case-chief in the trial of this matter, and his testimony is limited to rebutting *only* the portion(s) of Dr. Hough's opinion as it pertains to Defendants Filpi and Colbert. All other relief sought by the motion has been rendered moot by agreement of the parties.

**DONE** and **ORDERED** this 19th day of February 2025.

*s/ Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge