**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**
**CASE NO.: 3:24-cv-00100-TKW-ZCB**

JOHN GLASSMAN, as Curator of The
Estate of James Bryan Chestnut,
deceased,

     Plaintiff,

v.

OKALOOSA COUNTY, FLORIDA,
JAMES FILPI, CLINTON COLBERT,
CHS TX, INC. D/B/A YESCARE,
NICHOLAS DELGADO, M.D., and
DANIELLE COOK, RN,

     Defendants.

_____/

## JOINT STATUS REPORT

Plaintiff and Defendants CHS TX, Inc. d/b/a YesCare ("YesCare"), Nicholas Delgado, M.D. ("Delgado") and Danielle Cook, RN ("Cook") (collectively "Medical Defendants") (collectively "Parties") file this Joint Status Report pursuant to this Court's September 9, 2025 Order [ECF #121] as follows:

1.    On May 6, 2025, this Court entered an order staying this case as to the Medical Defendants pursuant to 11 U.S.C. § 362 pending further order of the bankruptcy court [ECF #95].

2.    On July 7, 2025, the Parties notified the Court that the bankruptcy court set a hearing on the Omnibus Motion to Enjoin on July 2, 2025. The hearing

concerned which cases would be subject to the bankruptcy plan and the decision affects the status of this case. The bankruptcy court issued its order on August 7, 2025. The debtor filed a notice of appeal regarding that order on August 21, 2025.

3. The stay as to the Medical Defendants remains pending until such time as the appeal involving the bankruptcy case is concluded. The Medical Defendants will notify this Court when it is resolved.


/s/ Ryan M. Cardoso
Ryan M. Cardoso
Cardoso Law, PLLC
*Attorneys for Plaintiff*
917 North 12th Avenue
Pensacola, FL 32501
P: 850-466-2073
E: ryan@cardosolawyer.com
cheryl@cardosolawyer.com
service@cardosolawyer.com

/s/ Gregg A. Toomey
 Gregg A. Toomey
 Florida Bar No. 159689
 THE TOOMEY LAW FIRM LLC
 *Attorneys for Defendants YesCare, Delgado and Cook*
 The Old Robb & Stucky Building
 1625 Hendry Street, Suite 203
 Fort Myers, FL  33901
 Phone:  239.337.1630
 Fax:  239-337.0307
 Email:  gat@thetoomeylawfirm.com, alr@thetoomeylawfirm.com, and hms@thetoomeylawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 5, 2026 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will send a copy of the foregoing electronically to the following:

Ryan M. Cardoso
Cardoso Law, PLLC
*Attorneys for Plaintiff*
917 North 12th Avenue
Pensacola, FL 32501
P: 850-466-2073
E: ryan@cardosolawyer.com
cheryl@cardosolawyer.com
service@cardosolawyer.com

Lisa B. Fountain
Gregory T. Stewart
Elmer C. Ignacio
Nabors Giblin & Nickerson
*Attorneys for Defendants Okaloosa County, Filpi and Colbert*
1500 Mahan Drive, Suite 200
Tallahassee, FL 32308
P: 850-224-4070
E: lfountain@ngnlaw.com
gstewart@ngnlaw.com
eignacio@ngnlaw.com
kmurphy@ngnlaw.com
legal-admin@ngnlaw.com

THE TOOMEY LAW FIRM LLC
*Attorneys for Defendants YesCare, Delgado and Cook*
The Old Robb & Stucky Building
1625 Hendry Street, Suite 203
Fort Myers, FL  33901
Phone:  239.337.1630
Fax:  239-337.0307
Email:  gat@thetoomeylawfirm.com, alr@thetoomeylawfirm.com, and hms@thetoomeylawfirm.com

By:      /s/ Gregg A. Toomey
       Gregg A. Toomey
       Florida Bar No. 159689